UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| Delores J. Loyd, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc. (formerly known as Sanofi-Aventis U.S. Inc., | ) CIVIL ACTION NO. 2:23-cv-01919 ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Delores J. Loyd, and Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. (collectively, "Sanofi"), by and through its undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and with each party to bear its own attorney's fees and costs.

Dated: November 4, 2024

By: */s/ Lisa Ann Gorshe*
Lisa Ann Gorshe, FL State Bar No. 122180
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: 612-436-1800
Fax: 612-436-1801
lgorshe@johnsonbecker.com

*Attorneys for Plaintiff Delores J. Loyd*

By: */s/ Danielle T. Morrison*
Ilana H. Eisenstein, PA State Bar No. 94907
Danielle T. Morrison, PA State Bar No. 322206
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Telephone: 215-656-3351
Fax: 215-606-3351
ilana.eisenstein@us.dlapiper.com
danielle.morrison@us.dlapiper.com

Matt DePaz (MO 65872)
**Shook Hardy & Bacon, LLP**
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550

*Attorneys for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc.*